UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BENNETT HART,

        Petitioner,

v.

RON HAYNES,

        Respondent.

CASE NO. C18-0591-RSL-MAT

ORDER RE: PENDING MOTIONS

Petitioner proceeds pro se and *in forma pauperis* in this 28 U.S.C. § 2254 habeas corpus matter. Having now considered two pending motions (Dkts. 16 & 18), the Court finds and concludes as follows:

(1)    Respondent requires additional time to obtain state court files. Accordingly, respondent's unopposed Second Motion for an Extension of Time (Dkt. 16) is GRANTED. The deadline for submitting an answer to the petition is extended to **November 9, 2018**.

(2)    Petitioner filed a Motion to Add/Amend. (Dkt. 18.) Respondent notes that, rather than seeking to amend the petition, the motion appears to seek to add argument and citation of authority in support of the existing petition. Considered as such, respondent does not object. The

ORDER
PAGE - 1

Court agrees with respondent's interpretation and herein GRANTS petitioner's motion to add argument and citation of authority.

(3) The Clerk shall send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 19th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge