UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BENNETT HART,

          Petitioner,

v.

RON HAYNES,

          Respondent.

Case No. C18-0591-RSL

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, petitioner's objections thereto, and the remaining record, hereby finds and ORDERS:

(1) In response to the Report and Recommendation, petitioner argues that the one-year statute of limitations governing federal habeas petitions should be equitably tolled in this case. Petitioner vaguely argues that the state courts erred in concluding that his attempts to obtain post-conviction relief were time-barred. Dkt. 26 at 2. He has not shown "that some extraordinary circumstance stood in his way" and prevented him from timely filing this petition. Holland v. Fla., 560 U.S. 631, 649 (2010).

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1  (2) The Report and Recommendation is approved and adopted;

2  (2) Respondent's motion to dismiss petitioner's federal habeas petition under the statute of limitations (Dkt. 21) is GRANTED;

3  (3) Petitioner's petition for writ of habeas corpus (Dkt. 7) and this action are DISMISSED, with prejudice, as untimely under 28 U.S.C. § 2244(d);

4  (4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

5  (5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

Dated this 5th day of March, 2019.

*ROBERT S. LASNIK*
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2